UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO WHEELER and THOMAS KOVARI, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAL HOTEL LAS VEGAS INC.; METROPOLITAN LAS VEGAS POLICE DEPARTMENT INC.; JIM GIBSON; CHAP EMERGENCY RENTAL ASSISTANCE PROGRAM INC., <br><br> Defendants. | Case No. 2:24-cv-00547-GMN-EJY <br><br> **ORDER** |

     Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint and a Motion for Permission to Use and Register for Electronic Case Filing on March 20, 2024 (ECF Nos. 1-1, 2). Plaintiff neither paid the $405 filing fee to commence a civil action nor filed an application to proceed *in forma pauperis* ("IFP"). Under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 Plaintiff **must** file an IFP application if he wishes to proceed without paying the filing fee.

     Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner as well as the document entitled instructions for filing an *in forma pauperis* application.

     IT IS FURTHER ORDERED that on or before **April 22, 2024**, Plaintiff must either file a complete application to proceed *in forma pauperis* by a non-prisoner or pay the $405 filing fee required to commence a civil action.

     IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's Complaint and Motion for Permission to Use and Register for Electronic Case Filing (ECF Nos. 1-1, 2) but will not file them at this time.

     IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **April 22, 2024** will result

in a recommendation to dismiss this action **without prejudice**.  A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 21st day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2