UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO WHEELER and THOMAS KOVARI,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAL HOTEL LAS VEGAS, INC.; METROPOLITAN LAS VEGAS POLICE DEPARTMENT INC.; JIM GIBSON; CHAP EMERGENCY RENTAL ASSISTANCE PROGRAM, INC.,<br><br>Defendants. | Case No. 2:24-cv-00547-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

This action commenced when Plaintiff, proceeding *pro se*, submitted a Complaint (ECF No. 1-1) on March 20, 2024, but failed to file an application to proceed *in forma pauperis* ("IFP"). On April 16, 2024, Plaintiff filed an IFP application for a non-prisoner (ECF No. 6). On April 22, 2024, the Court granted Plaintiff's IFP but dismissed the Complaint without prejudice but with leave to amend. ECF No. 7. The Court gave Plaintiff through and including May 20, 2024 to file an amended Complaint establishing federal question or diversity jurisdiction. *Id*. at 3-4. The Court stated it would recommend dismissal without prejudice if Plaintiff failed to comply with the Court's Order. *Id*. As of the date of this Recommendation Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed in its entirety, but without prejudice, for failure to comply with the Court's April 22, 2024 Order.

Dated this 21st day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

|   |   |
|---|---|
| 1 | **<u>NOTICE</u>** |
| 2 | Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in |
| 3 | writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held |
| 4 | that the courts of appeal may determine that an appeal has been waived due to the failure to file |
| 5 | objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also |
| 6 | held that (1) failure to file objections within the specified time and (2) failure to properly address |
| 7 | and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal |
| 8 | factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. |
| 9 | 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). |